IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 06-30023-GPM |
| | ) | |
| RAYMOND MARCINIAK, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAR 30 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

### ORDER GRANTING APPLICATION FOR
### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Prosequendum for the production of RAYMOND MARCINIAK, in the United States District Court at East St. Louis, Illinois, on the 18th day of April, 2006, at the hour of 1:00 p.m. and day to day thereafter as may be necessary.

IT IS SO ORDERED.

DATED this 30th day of March, 2006.

_____
DONALD G. WILKERSON
United States Magistrate Judge